IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>               Plaintiff,<br><br>v.<br><br>EVAULT, INC.,<br><br>               Defendant. | C. A. No. 17-972-GMS |

**STIPULATION AND PROPOSED ORDER TO EXTEND EVAULT, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties to this action, subject to the approval of the Court, that the time for Defendant EVault, Inc. (EVault) to answer, move, or otherwise respond to the Complaint in this action is hereby extended through and including October 9, 2017. The extension is requested so that EVault can have additional time to consider the allegations of the Complaint and prepare a response, particularly in light of the fact that EVault entered into an Asset Purchase Agreement whereby it transferred all assets related to the business.

| | |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Kelly E. Farnan* |
| Stephen B. Brauerman (#4952) | Kelly E. Farnan (#4395) |
| Sara E. Bussiere (#5725) | Nicole K. Pedi (#6236) |
| Bayard, P.A. | Richards, Layton & Finger, P.A. |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| P.O. Box 25130 | 920 N. King Street |
| Wilmington, DE 19899 | Wilmington, Delaware 19801 |
| (302) 429-4232 | 302-651-7700 |
| sbrauerman@bayardlaw.com | farnan@rlf.com |
| sbussiere@bayardlaw.com | pedi@rlf.com |
| | |
| *Attorneys for Plaintiff Realtime Data LLC* | *Attorney for Defendant EVault, Inc.* |

Dated: August 4, 2017

RLF1 17929129v.1

2

IT IS SO ORDERED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

2